JEREMY W. FAITH, TRUSTEE
16030 Ventura Blvd., Suite 470
Encino, CA  91436
Phone: 818-705-2777
Facsimile: 888-463-8799

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## NORTHERN DIVISION

| In Re: | Case No.: 14-11473-DS |
|---|---|
| MICHEL, EMMANUEL | Chapter 7 |
| | NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR [11 USC 341(a)] |
| Debtor(s) | |

COUNSEL:  TYSON TAKEUCHI
TO THE ABOVE NAMED DEBTOR(S):

      You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. Section 341(a) in the above-entitled matter was continued to **October 20, 2014** at **02:30pm** at the Office of the United States Trustee, 128 Carrillo Street, Santa Barbara, CA 93101, for the reason set forth below:

Document review.


Dated:  October 1, 2014                         /s/ Jeremy W. Faith
                                                JEREMY W. FAITH
                                                Chapter 7 Trustee

      I certify that I served the within notice on the above debtor(s) and the debtor(s)' attorney, and interested parties on October 1, 2014

                                                /s/ Lee Dowding
                                                Lee Dowding